Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| PEERLESS OIL & CHEMICALS, INC.<br><br>Recurrido<br><br>v.<br><br>CARLA CAMIR CANCEL CARDONA, FULANO, ABC<br><br>Peticionaria | TA2025CE00434 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso número: PO2024CV00841<br><br>Sobre: Injunction (Entredicho Provisional, Injunction Preliminar y Permanente), Incumplimiento de Contrato, Sentencia Declaratoria |

Panel integrado por su presidenta, la juez Aldebol Mora, la juez Cordero Martínez y el juez Cruz Hiraldo.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de septiembre de 2025.

Examinada la *Petici[ó]n de Certiorari*,[1] la *Moci[ó]n informativa sobre notificaci[ó]n al Tribunal de Primera Instancia v[í]a SUMAC* y la *Moci[ó]n en solicitud de permiso para incluir ap[é]ndice XVI a la Petici[ó]n de Certiorari (SUMAC 164 y 168)*, presentadas el 10 y 11 de septiembre de 2025 por Carla C. Cancel Cardona, disponemos lo siguiente:

---

[1] Advertimos a la parte peticionaria que el inciso (D) de la Regla 34 del Reglamento del Tribunal de Apelaciones, según enmendadas, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 58, 215 DPR __ (2025) dispone expresamente que:

> **La solicitud de certiorari no excederá de** veinticinco páginas cuando el expediente sea físico y **treinta y cinco páginas cuando el expediente sea electrónico**, exclusive de la certificación de notificación, del índice y del apéndice, salvo que el tribunal autorice un número mayor de páginas conforme a lo dispuesto en la Regla 70(D) del Reglamento. (Énfasis nuestro).

Se autoriza la presentación del apéndice XVI y nos damos por enterados del cumplimiento con la notificación del presente recurso al foro primario y a la parte recurrida.

Con relación al recurso en sus méritos, resolvemos que procede prescindir de los términos, escritos o procedimientos ulteriores, con el propósito de lograr su más justo y eficiente despacho, así como abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Reglas 7(b)(5) y 40 del Reglamento del Tribunal de Apelaciones, según enmendadas, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 20 y 64-65, 215 DPR __ (2025).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones